Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
CHRISTAAN FELBER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTAAN FELBER,<br><br>                    Plaintiff,<br><br>v.<br><br>MOM MADE CUSTOMS LLC d/b/a SHIRTGOAT; JERMAINE DANFORD, individually; and DOES 1 through 10 inclusive,<br><br>                    Defendants.. | Case No. **2:26-cv-00151-JCM-EJY**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly give notice that the above captioned action is voluntarily dismissed against the Defendant MOM MADE CUSTOMS LLC d/b/a SHIRTGOAT; JERMAINE DANFORD, individually; and DOES 1 through 10, with prejudice, and with each side to bear their own costs

/ / / /

1
STIPULATION OF DISMISSAL

Dated: May 21, 2026                          Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*


**/s/ Nausheen K. Peters**
Nausheen K Peters, Esq.
Nevada Bar No. 12984
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
(702) 893-3383
*Counsel for Defendants*


IT IS SO ORDERED:

_____

James C. Mahan

United States District Judge


DATED: __May 29, 2026_____

2
**STIPULATION OF DISMISSAL**